*United States District Court*
*Eastern District of New York*

**Thomas C. Platt,** U.S.D.J
Courtroom 1040
Central Islip, NY

**CRIMINAL CAUSE FOR SENTENCE ADJOURNMENT**

*November 19, 2004*        **AT:** 9:30 A.M.
(5 min.)

**CASE NUMBER:**              CR-01-158

**CASE NAME:**     USA   -v-   M. Rammelkamp

*APPEARANCE BY:*        *AUSA- Mark Lesko*
                        *T. Liotti*

*COURT REPORTER:*           *H. Rapaport*

*SENTENCE ADJOURNED TO:*     *1/14/05 at 10:00 a.m.*

*OTHER:*              *Blakely issues exist.*