UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA                           Docket No.: 01-CR-158-01

-       against-                                                   AFFIDAVIT OF SERVICE

MATTHEW RAMMELKAMP,

       Defendant.
-------------------------------------------------------------------X
STATE OF NEW YORK   )
                                      ss.:
COUNTY OF NASSAU   )

    I, Shari Stein, being duly sworn deposes and says:

    1.  I am not a party to the above captioned action; I am over 18 years of age and reside in East Meadow, New York.

    2.  On August 12, 2005, at approximately 12:15p.m. at Long Island Federal Courthouse 834 Federal Plaza ( Room 1044), Central Islip, NY 11722-4449, I served a copy of the Reply Affirmation in Further Support of Motion to Transfer by delivering a true copy thereof personally to the US Attorney's Office, by personally serving Myra Alfano, Paralegal Assistant, who stated that he was authorized to receive service of process on behalf of James McGovern.

    3.  The person served is described as hispanic female, brown hair, approximate age: 35-40, approximate height: 5'5", and approximately 140 pounds.

                                                                                               _____

Sworn to me this                                                                                 Shari Stein
12th day of August, 2005

_____
    Notary Public

1