BEFORE:     Thomas C. Platt, U.S.D.J.
At:         11:00 a.m. on 10/7/05
Docket:     CR-01-158
Caption:    U.S.A. -v- MATTHEW RAMMELKAMP

# CRIMINAL CAUSE FOR MOTION ARGUMENT

**APPEARANCES:**

**For Government:**  **James McGovern**

**For Defendant:**  **Thomas Liotti, Esq.**

**Court Reporter:**  **Perry Auerbach**

**Motion for:**   **to remand to State Court**

✓   Case called.
✓   Counsel for all sides present.
    Only counsel for ___ present.
    Motion argued by  __ both sides  _ Movant only.
    Motion is  _ Granted  __ Denied.  Plaintiff will now proceed pro se.
X   Decision reserved.
_   Decision Other: ___
    The parties are to submit order on notice to all parties.
    Motion denied without prejudice to renew upon:
OTHER: No oral argument at this time, parties resting on submission.  The Court will decide on the papers submitted.