AO 245B    (Rev. 06/05) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

UNITED STATES OF AMERICA

vs.

MATTHEW RAMMELKAMP

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER:   01CR 158 -01

Defendant's Attorney: Thomas Liotti

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  SEP 0 5 2006  ★

**LONG ISLAND OFFICE**

THE DEFENDANT:

☒ pleaded guilty to count(s) **ONE of a SINGLE COUNT INFORMATION**
☐ pleaded nolo contendere to count(s) [count] which was accepted by the court.
☐ was found guilty on count(s) [count] after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| TITLE & SECTION | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT NUMBER(S) |
|---|---|---|---|
| 18 USC 844 (I) and 844 (n) | CONSPIRACY TO COMMIT ARSON, A Class C Felony | | ONE (1) |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ After all appeals are exhausted count(s)  (is)(are) dismissed on the motion of the United States

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: **September 1, 2006**

*/s/ Th C. Platt*

**THOMAS C. PLATT**
**UNITED STATES DISTRICT JUDGE**

DATE:   September 5, 2006

A TRUE COPY ATTEST

DATED: _____

**ROBERT C. HEINEMANN**
**CLERK**

BY:     _____
        DEPUTY CLERK

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| Defendant: MATTHEW RAMMELKAMP | Judgment - Page 2 of 4 |
| Case No.: 01CR 158 -01 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX (6) MONTHS.

☒ The court makes the following recommendations to the Bureau of Prisons:
  The defendant be placed at a camp facility, in close proximity to his family.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ a.m./p.m. on ___.

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ☒ before 2 p.m. 10 days after the defendant graduates from college in January 2007. If the defendant is not designated within the given time frame he/she should surrender to the Marshals office in Brooklyn. If the defendant has not already done so at the time of sentence he/she should communicate with the Marshals office to obtain information regarding the procedures for voluntary surrender.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

_____
United States Marshal

By:_____
     Deputy Marshal

Defendant: MATTHEW RAMMELKAMP  Judgment - Page 3 of 4
Case No.: 01CR 158 -01

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

| | Assessment | Fine | Total Restitution |
|---|---|---|---|
| Totals: | $100.00 | $ | $188,312.40 |

### FINE

The above fine includes costs of incarceration and/or supervision in the amount of $.

### RESTITUTION

☐ The determination of restitution is deferred until ___. An Amended Judgment in a Criminal Case will be entered after such a determination. The U.S. Attorneys Office is directed to provide the necessary information to the court.

☐ The defendant shall make restitution to the following victims in the amounts listed below:

☐ Restitution is ordered jointly and severally with:

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Island Estates of Mount Sinai<br>8 Corporate Center Drive<br>Melville, NY 11747<br>631-420-5070<br>Attn: Len Axim | | | |
| Spring Lake Building Corp.<br>410E, Jericho Turnpike<br>Mineola, NY 11501<br>631-642-2595<br>Attn: Burt Haims or Richard Job | | | |
| Blue Ridge Insurance Company<br>PO Box 519<br>Simsbury CT 06070<br>Attn: Bob Georges<br>560-408-6297<br>Property Claim #558356<br>Auto Claim # 559516 | | | |
| Totals: | $ | $ | |

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column above.

The amount of loss and the amount of restitution ordered will be the same unless, pursuant to 18 U.S.C. §3664(f)(3)(B), the court orders nominal payments and this is reflected on Sheet 6, Statement of Reasons.

☐ Restitution amount ordered pursuant to plea  _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for   fine   restitution.

  ☐ the interest requirement for   fine   restitution is modified as follows:

AO 245B (Rev. 06/05) Judgment in a Criminal Case - Criminal Monetary Penalties
Case 2:01-cr-00158-TCP   Document 34-2   Filed 09/01/06   Page 4 of 4 PageID #: 106

Defendant: MATTHEW RAMMELKAMP                             Judgment - Page 4 of 4
Case No.: 01CR 158 -01

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) non-federal restitution; (3) federal restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties.

Payment of the total criminal monetary penalties shall be due as follows:

I.  ☒ In full
    A.  ☒  due immediately
    B.  ☐  on or before _____

II. ☐ In installments
    A.  ☐  monthly in installments of $__ over a period of __ months, to commence __ days after date of this judgment.
    B.  ☐  in ____ installments of $____ over a period of____ to commence ____ days after the date of this judgment.

Any payment ordered under Part II, must comply with 18 U.S.C. §3572, 18 U.S.C. §3664(n), and include a provision under 18 U.S.C. §3664(k) in which defendant must notify the court of any material changes in defendant's economic circumstances. Upon such notice, the court may adjust the installment payment schedule.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. §3664(f)(3)(A):

In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

If this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the court.